AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

2026 MAR 31 AM 11: 44

OFFICE OF THE CLERK

RAFAEL DOS SANTOS SILVA )
)
)
)
)
_____ )
*Petitioner* )
)
v. ) Case No. __8:26CV131__
) (Supplied by Clerk of Court)
)
)
)
_____ )
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name:    RAFAEL DOS SANTOS SILVA
    (b) Other names you have used:    NONE
2.  Place of confinement:
    (a) Name of institution:    Lincoln County Detention Center
    (b) Address:    302 North Jeffers Street  North Platte, NE 69101

    (c) Your identification number:    A- 220 782 227
3.  Are you currently being held on orders by:
    ☑ Federal authorities        ☐ State authorities        ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
        If you are currently serving a sentence, provide:
            (a) Name and location of court that sentenced you: _____

            (b) Docket number of criminal case: _____
            (c) Date of sentencing: _____
    ☑ Being held on an immigration charge
    ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:

6.    Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:    U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Omaha Field Office, Nebraska

(b)  Docket number, case number, or opinion number:    NONE

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

ICE continues to detain me even though I have a pending T Visa application with an issued, form I-797, which legally prevents any foresseable removel. My detention has become prolonged, unnecessary, and unconstitutional.

(d)  Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes          ☑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)  If you answered "No," explain why you did not appeal:

No administrative remedies exist to challenge ICE detention.

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal:

**There is no higher administrative authority to review ICE detention.**

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal:

**Immigration Court does not have jurisdiction to review ICE detention.**

**No judicial review of detention has been available prior to this habeas petition.**

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes        ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____
_____
_____
_____
_____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:
(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____
_____
_____
_____
_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____
_____

11.   **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes          ☐ No

If "Yes," provide:
(a)   Date you were taken into immigration custody: 07/24/2025 _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**    My detention violates due process because my removal is not reasonably foreseeable.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I have a T Visa application pending with USCIS, and I received a Form I-797 Notice of Action. ICE cannot remove me while USCIS is processing my case. I have been detained by ICE since July 24, 2025.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes            ☑ No

**GROUND TWO:**  My prolonged detention is unconstitutional because it no longer serves any legitimate immigration purpose.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I  have been detained by ICE since July 24, 2025. ICE cannot remove me because I have a pending T Visa application and a Form I-797 Notice of Action confirming acceptance. My detention has become prolonged and indefinite even though removal is not possible at this time. My continued detention serves no immigration purpose.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☑ No

**GROUND THREE:**  My detention violates U.S. treaty obligations because I face danger and retaliation if returned to Brazil.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I am a victim of human trafficking. The trafficker threatened me and my family and has access to my documents and address in Brazil. If I am returned to Brazil, I face a real risk of harm and retaliation. ICE continues to detain me even though returning me to Brazil would put me in danger.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** My detention violates due process because I have pending motions before the Immigration Court that have not been adjudicated.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I filed a Motion to Stay Removal and a Motion to Reopen with the Immigration Court on September 15, 2025. These motions include new evidence about my trafficking situation and the danger I face in Brazil. The Immigration Court has not ruled on these motions, but ICE continues to detain me even though my case not final.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I did not present these grounds in any appeals because there were no administrative or judicial appeals available to challenge my ICE detention. The Immigration Court and the BIA do not have jurisdiction over detention issues, and this habeas petition is my first opportunity to raise these grounds.

## Request for Relief

15. State exactly what you want the court to do: I respectfully request that the Court order my immediate release from ICE custody because my continued detention is unlawful, prolonged, and not reasonably related to any legitimate immigration purpose. I also request any other relief that the Court finds just and proper, including supervision, reporting conditions, or any form of release authorized by law.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

**MARCH, 25, 2026**

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:        03/25/2026

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Instructions

1.  **Who Should Use This Form**. You should use this form if
    - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
    - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
    - you are alleging that you are illegally detained in immigration custody.

2.  **Who Should Not Use This Form**. You should not use this form if
    - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
    - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
    - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3.  **Preparing the Petition**. The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

4.  **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

5.  **Supporting Documents**. In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6.  **Required Filing Fee**. You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7.  **Submitting Documents to the Court**. Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8.  **Change of Address**. You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

RECEIVED

MAR 3 1 2026

CLERK
U.S. DISTRICT COURT



# UNITED STATES POSTAL SERVICE®   |   PRIORITY® MAIL



RECEIVED

MAR 3 1 2026

CLERK
U.S. DISTRICT COURT

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

### Click-N-Ship®

9405 5301 0935 5343 4915 79 0108 0001 0006 8102

Mailed from 33896   6881211132873825

U.S. POSTAGE PAID
Click-N-Ship®

usps.com
$10.80
US POSTAGE

03/24/2026
1 lb 0 oz

Created 2026-03-24
Legal Flat Rate Envelope    RDC 03    C016

**PRIORITY MAIL®**

R & M
# 3019
7830 LAKE WILSON RD
DAVENPORT FL 33896-9605

RAFAEL DOS SANTOS SILVA
CLERK OF COURT
STE 1152
111 S 18TH PLZ
OMAHA NE 68102-1322

USPS TRACKING #

9405 5301 0935 5343 4915 79

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

**PRESS FIRMLY TO SEAL**

 

**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

This package is made from post-consumer waste. Please recycle - again.

 **PRIORITY® MAIL**

**FROM:**

■ Expected delivery date specified for domestic use.

■ Domestic shipments include $100 of insurance (restrictions apply).*

■ USPS Tracking® service included for domestic and many international destinations.

■ Limited international insurance.**

■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

R& M
# 3019
7830 LAKE WILSON RD
DAVENPORT FL 33896-9605

**TO:**

To schedule free Package Pickup,
scan the QR code.



**USPS.COM/PICKUP**

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2



RAFAEL DOS SANTOS SILVA
CLERK OF COURT
STE 1152
111 S 18TH PLZ
OMAHA NE 68102-1322

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.