

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAR 31   AM 11: 44

OFFICE OF THE CLERK

## MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Petitioner: Rafael dos Santos Silva**
**Respondent: Warden, Lincoln County Detention Center**
**Court: United States District Court for the District of Nebraska**     8:26CV131

---

### I. INTRODUCTION

Petitioner **Rafael dos Santos Silva** respectfully submits this memorandum in support of his petition for a writ **of habeas corpus under 28 U.S.C. § 2241. Petitioner has been detained by Immigration and Customs Enforcement ("ICE") since July 24, 2025,** despite having a properly filed **T Nonimmigrant Status application, confirmed by an official Form I-797C, Notice of Action, issued by USCIS on October 29, 2025.**

**The I-797C explicitly states:**

**"Receipt Number LIN2602851390... Case Type: 1914 – Application for T Nonimmigrant Status... Received Date: 09/23/2025."**
**"We have received the application or petition ('your case') listed above."**

This document proves that USCIS has accepted jurisdiction over Petitioner's trafficking-based relief. While the T Visa is pending, removal is legally impossible, and ICE cannot lawfully detain Petitioner indefinitely without violating the Constitution and binding Supreme Court precedent.

Petitioner is a victim of human trafficking who faces serious danger and retaliation if returned to Brazil. He has also filed a Motion to Reopen and Motion to Stay Removal before the Immigration Court on September 15, 2025, which remain pending. Continued detention under these circumstances violates the Fifth Amendment's Due Process Clause, federal statutes, and international treaty obligations.

## II. JURISDICTION

This Court has jurisdiction **under 28 U.S.C. § 2241,** which authorizes federal courts to review the legality of immigration detention. **See *Zadvydas v. Davis*, 533 U.S. 678 (2001).** Venue is proper because Petitioner is detained within this District.

## III. RELEVANT FACTS

### A. Petitioner has a pending T Visa application with an official I-797C receipt

**The I-797C confirms:**

- **Receipt Number: LIN2602851390**
- **Case Type: 1914 – Application for T Nonimmigrant Status**
- **Received Date: 09/23/2025**
- **Notice Date: 10/29/2025**
- **Applicant: A220 782 227 – Rafael dos Santos Silva**

These details appear exactly in the document:

**"This notice only shows that your case was filed on the 'Received Date' listed above."**

This proves Petitioner's case is active, pending, and under USCIS review.

### B. A pending T Visa legally prevents removal

Under **8 C.F.R. § 214.11,** USCIS must adjudicate a T Visa before removal can occur. ICE cannot remove a trafficking victim with a pending T Visa.

### C. Petitioner has been detained since July 24, 2025

This is nearly nine months of detention — far beyond the six-month presumptive limit established in *Zadvydas*.

### D. Petitioner is a victim of human trafficking

The T Visa classification (Case Type 1914) confirms this.

### E. Petitioner has pending motions before the Immigration Court

**Petitioner filed:**

- **Motion to Reopen, and**
- **Motion to Stay Removal**

on September 15, 2025.

The Immigration Court has not ruled.
 Removal is legally impossible while these motions remain pending.


## IV. LEGAL STANDARD

Immigration detention is civil, not criminal. It must be:

- **reasonable,**
- **limited,**
- **non-punitive,**
- **related to removal,**
- **consistent with due process.**

When removal is not reasonably foreseeable, detention becomes unconstitutional.
**See *Zadvydas*, 533 U.S. at 699–701.**


## V. ARGUMENT


### A. Removal is not reasonably foreseeable because USCIS is adjudicating the T Visa

In *Zadvydas v. Davis*, the Supreme Court held:

- **Detention beyond six months is presumptively unreasonable.**
- **The government must show removal is significantly likely in the reasonably foreseeable future.**
- **If not, the detainee must be released.**

**Here:**

- **Petitioner has a pending T Visa, confirmed by I-797C.**
- **USCIS must adjudicate the case before removal.**
- **ICE has made no progress toward removal.**
- **ICE cannot lawfully remove a trafficking victim with a pending T Visa.**

Therefore, removal is not reasonably foreseeable, and detention is unlawful.

**B. Petitioner's prolonged detention violates due process because it no longer serves any legitimate government purpose**

Civil detention is constitutional only when it serves a legitimate purpose. See *Demore v. Kim*, 538 U.S. 510 (2003).

But the Supreme Court emphasized that detention must be:

- **brief,**
- **limited,**
- **tied to removal,**
- **not indefinite.**

Petitioner's detention is:

- **prolonged,**
- **indefinite,**
- **unrelated to removal,**
- **punitive in effect,**
- **a violation of the Fifth Amendment.**

**C. Clark v. Martinez requires release when removal is not possible**

In *Clark v. Martinez*, 543 U.S. 371 (2005), the Supreme Court held:

If removal is not reasonably foreseeable, detention is unlawful for ALL noncitizens.

This applies directly to Petitioner:

- **His T Visa prevents removal.**
- **His motions prevent removal.**
- **His danger in Brazil prevents removal.**
- **ICE has no plan to remove him.**

**Under *Clark*, he must be released.**

**D. Petitioner faces danger and retaliation in Brazil, and detention violates U.S. treaty obligations**

As a trafficking victim, Petitioner faces:

- **threats,**

- **retaliation,**
- **harm,**
- **Exploitation.**

**Returning him to Brazil violates:**

- **Convention Against Torture,**
- **non-refoulement,**
- **international humanitarian protections.**

Detaining him while he faces such danger is inconsistent with U.S. treaty obligations.

**E. Pending motions before the Immigration Court prevent removal and make detention unlawful**

**Petitioner filed:**

- **Motion to Reopen,**
- **Motion to Stay Removal**

on September 15, 2025.

While these motions are pending:

- **removal is legally impossible,**
- **detention is not tied to removal,**
- **detention violates due process.**

## VI. CONCLUSION

For the reasons stated above, Petitioner respectfully requests that this Court:

1. **Order his immediate release from ICE custody, and**
2. **Grant any other relief the Court deems just and proper, including supervised release or reporting conditions.**

Respectfully submitted,
/s/ Rafael dos Santos Silva
Petitioner, Pro Se

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number<br>LIN2602851390 | | Case Type<br>I914 - APPLICATION FOR T NONIMMIGRANT STATUS |
|---|---|---|
| Received Date<br>09/23/2025 | Priority Date | Applicant  A220 782 227<br>DOS SANTOS SILVA , RAFAEL |
| Notice Date<br>10/29/2025 | Page<br>1 of 2 | Beneficiary  A220 782 227<br>DOS SANTOS SILVA , RAFAEL |

| | |
|---|---|
| RAFAEL DOS SANTOS SILVA<br>c/o R M SOLUTIONS AND SERVICES<br>7830 LAKE WILSON RD STE 3019<br>DAVENPORT FL  33896 | **Notice Type:** Receipt Notice<br>Fee Waived |

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the center with jurisdiction over your filing. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the center with jurisdiction over your filing in writing. Please include what changes need to be made and your signature.

If any of the information in your notice is incorrect or you have questions about your case, you can reach USCIS at www.uscis.gov/contact, utilizing the available case inquiry options for "Inquiries for VAWA, T, and U Filings."

SCOPS TEXAS FACILITY
U.S. Citizenship & Immigration Services
6046 N BELT LINE RD.
IRVING, TX 75038-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, visit our website at www.uscis.gov for options for submitting an inquiry.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                Form I-797C   10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type |
|---|---|---|
| LIN2602851390 | | I914 - APPLICATION FOR T NONIMMIGRANT STATUS |
| **Received Date** 09/23/2025 | **Priority Date** | **Applicant** A220 782 227 DOS SANTOS SILVA , RAFAEL |
| **Notice Date** 10/29/2025 | **Page** 2 of 2 | **Beneficiary** A220 782 227 DOS SANTOS SILVA , RAFAEL |

example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Receipt Number<br>LIN2602851409 | | Case Type<br>I192 - APPLICATION FOR ADVANCE PERMISSION TO ENTER AS NONIMMIGRANT |
| --- | --- | --- |
| Received Date<br>09/23/2025 | Priority Date | Applicant  A220 782 227<br>DOS SANTOS SILVA , RAFAEL |
| Notice Date<br>10/29/2025 | Page<br>1 of 1 | Beneficiary  A220 782 227<br>DOS SANTOS SILVA , RAFAEL |

RAFAEL DOS SANTOS SILVA
c/o R M SOLUTIONS AND SERVICES
7830 LAKE WILSON RD STE 3019
DAVENPORT FL  33896

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes** - Aliens must report a change of address within ten (10) days of moving within the United States or its territories. To file a change of address visit the USCIS website at www.uscis.gov/addresschange or call UCC at 1-800-375-5283 (TDD number is 1-800-767-1833).
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type | |
|---|---|---|---|
| LIN2602851446 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
| **Received Date** 09/23/2025 | **Priority Date** | Applicant  A220 782 227 DOS SANTOS SILVA , RAFAEL | |
| **Notice Date** 10/29/2025 | **Page** 1 of 2 | Beneficiary A220 782 227 DOS SANTOS SILVA , RAFAEL | |

| | |
|---|---|
| RAFAEL DOS SANTOS SILVA<br>c/o R M SOLUTIONS AND SERVICES<br>7830 LAKE WILSON RD STE 3019<br>DAVENPORT FL  33896 | **Notice Type:** Receipt Notice<br>Fee Waived<br>Class requested: C40 |

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

If you filed to renew your Employment Authorization Document (EAD) under category A03, A05, A07, A08, A10, A12, A17, A18, C08, C09, C10, C16, C19, C20, C22, C24, C26, or C31, you might be eligible for an automatic extension of your EAD. Full details and an eligibility calculator are at uscis.gov/eadautoextend.

You qualify for an automatic extension if: (1) the category on your current EAD matches the "Class Requested" listed on this notice,* and (2) the "Received Date" on this notice is before the "Card Expires" date on your EAD.

If you are eligible for an automatic extension of your EAD, you can show this notice with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. The automatic extension is for up to 540 days* from the expiration date printed on the front of your EAD. If we deny your renewal application, the automatic extension immediately ends, and you can no longer use this notice for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to Advance Parole. This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this renewal application is still pending.

*If you filed under the A12 or C19 classifications, you qualify for an automatic extension of the shorter of one year or the duration of your Temporary Protected status (TPS), and if: (1) this notice and your expired EAD contain either A12 or C19 (they do not need to match); and (2) you filed your renewal Form I-765 during the TPS re-registration period indicated in the applicable Federal Register notice for your country found at uscis.gov/humanitarian/temporary-protected-status.

If you are applying to renew your A17, A18, or C26 employment authorization and you are relying upon the automatic extension to demonstrate your employment authorization during the automatic extension period, you must show: (1) this receipt notice; (2) an unexpired Form I-94, Arrival-Departure Record, showing valid E, L-2, or H-4 status; and (3) your A17, A18, or C26 EAD that matches the category on this receipt notice. Your automatic extension ends on the earliest of: the end date on your I-94; the date we adjudicate this renewal application; or 540 days after the expiration date on your EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type | |
|---|---|---|---|
| LIN2602851446 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
| Received Date 09/23/2025 | Priority Date | Applicant A220 782 227 DOS SANTOS SILVA , RAFAEL | |
| Notice Date 10/29/2025 | Page 1 of 2 | Beneficiary A220 782 227 DOS SANTOS SILVA , RAFAEL | |

RAFAEL DOS SANTOS SILVA
c/o R M SOLUTIONS AND SERVICES
7830 LAKE WILSON RD STE 3019
DAVENPORT FL 33896

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C40

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

If you filed to renew your Employment Authorization Document (EAD) under category A03, A05, A07, A08, A10, A12, A17, A18, C08, C09, C10, C16, C19, C20, C22, C24, C26, or C31, you might be eligible for an automatic extension of your EAD. Full details and an eligibility calculator are at uscis.gov/eadautoextend.

You qualify for an automatic extension if: (1) the category on your current EAD matches the "Class Requested" listed on this notice,* and (2) the "Received Date" on this notice is before the "Card Expires" date on your EAD.

If you are eligible for an automatic extension of your EAD, you can show this notice with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. The automatic extension is for up to 540 days* from the expiration date printed on the front of your EAD. If we deny your renewal application, the automatic extension immediately ends, and you can no longer use this notice for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to Advance Parole. This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this renewal application is still pending.

*If you filed under the A12 or C19 classifications, you qualify for an automatic extension of the shorter of one year or the duration of your Temporary Protected status (TPS), and if: (1) this notice and your expired EAD contain either A12 or C19 (they do not need to match); and (2) you filed your renewal Form I-765 during the TPS re-registration period indicated in the applicable Federal Register notice for your country found at uscis.gov/humanitarian/temporary-protected-status.

If you are applying to renew your A17, A18, or C26 employment authorization and you are relying upon the automatic extension to demonstrate your employment authorization during the automatic extension period, you must show: (1) this receipt notice; (2) an unexpired Form I-94, Arrival-Departure Record, showing valid E, L-2, or H-4 status; and (3) your A17, A18, or C26 EAD that matches the category on this receipt notice. Your automatic extension ends on the earliest of: the end date on your I-94; the date we adjudicate this renewal application; or 540 days after the expiration date on your EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 10/13/2

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| | | THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. | |

| Receipt Number | | Case Type | |
|---|---|---|---|
| LIN2602851446 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
| **Received Date** | **Priority Date** | **Applicant** A220 782 227 | |
| 09/23/2025 | | DOS SANTOS SILVA , RAFAEL | |
| **Notice Date** | **Page** | **Beneficiary** A220 782 227 | |
| 10/29/2025 | 2 of 2 | DOS SANTOS SILVA , RAFAEL | |

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C   10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| LIN2602851512 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |

| Received Date | Priority Date | Applicant A220 782 229 |
|---|---|---|
| 09/23/2025 | | SILVA OLIVEIRA , ELLOYSA MAITE |

| Notice Date | Page | Beneficiary A220 782 229 |
|---|---|---|
| 10/29/2025 | 1 of 2 | SILVA OLIVEIRA , ELLOYSA MAITE |

ELLOYSA MAITE SILVA OLIVEIRA
c/o R M SOLUTIONS AND SERVICES
7830 LAKE WILSON RD STE 3019
DAVENPORT FL 33896

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C40

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

If you filed to renew your Employment Authorization Document (EAD) under category A03, A05, A07, A08, A10, A12, A17, A18, C08, C09, C10, C16, C19, C20, C22, C24, C26, or C31, you might be eligible for an automatic extension of your EAD. Full details and an eligibility calculator are at uscis.gov/eadautoextend.

You qualify for an automatic extension if: (1) the category on your current EAD matches the "Class Requested" listed on this notice,* and (2) the "Received Date" on this notice is before the "Card Expires" date on your EAD.

If you are eligible for an automatic extension of your EAD, you can show this notice with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. The automatic extension is for up to 540 days* from the expiration date printed on the front of your EAD. If we deny your renewal application, the automatic extension immediately ends, and you can no longer use this notice for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to Advance Parole. This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this renewal application is still pending.

*If you filed under the A12 or C19 classifications, you qualify for an automatic extension of the shorter of one year or the duration of your Temporary Protected status (TPS), and if: (1) this notice and your expired EAD contain either A12 or C19 (they do not need to match); and (2) you filed your renewal Form I-765 during the TPS re-registration period indicated in the applicable Federal Register notice for your country found at uscis.gov/humanitarian/temporary-protected-status.

If you are applying to renew your A17, A18, or C26 employment authorization and you are relying upon the automatic extension to demonstrate your employment authorization during the automatic extension period, you must show: (1) this receipt notice; (2) an unexpired Form I-94, Arrival-Departure Record, showing valid E, L-2, or H-4 status; and (3) your A17, A18, or C26 EAD that matches the category on this receipt notice. Your automatic extension ends on the earliest of: the end date on your I-94; the date we adjudicate this renewal application; or 540 days after the expiration date on your EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/2

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number | | Case Type |
|---|---|---|
| LIN2602851512 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **Received Date** 09/23/2025 | **Priority Date** | **Applicant** A220 782 229 SILVA OLIVEIRA , ELLOYSA MAITE |
| **Notice Date** 10/29/2025 | **Page** 2 of 2 | **Beneficiary** A220 782 229 SILVA OLIVEIRA , ELLOYSA MAITE |

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C   10/13/2



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| LIN2602851472 | | I914A - APPLICATION FOR FAMILY MEMBER OF T-1 RECIPIENT |

| Received Date | Priority Date | Applicant  A220 782 227 |
|---|---|---|
| 09/23/2025 | | DOS SANTOS SILVA , RAFAEL |

| Notice Date | Page | Beneficiary  A220 782 229 |
|---|---|---|
| 10/29/2025 | 1 of 2 | SILVA OLIVEIRA , ELLOYSA MAITE |

ELLOYSA MAITE SILVA OLIVEIRA
c/o R M SOLUTIONS AND SERVICES
7830 LAKE WILSON RD STE 3019
DAVENPORT FL  33896

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the center with jurisdiction over your filing. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the center with jurisdiction over your filing in writing. Please include what changes need to be made and your signature.

If any of the information in your notice is incorrect or you have questions about your case, you can reach USCIS at www.uscis.gov/contact, utilizing the available case inquiry options for "Inquiries for VAWA, T, and U Filings."

SCOPS TEXAS FACILITY
U.S. Citizenship & Immigration Services
6046 N BELT LINE RD.
IRVING, TX  75038-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, visit our website at www.uscis.gov for options for submitting an inquiry.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https:// www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

### THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| Receipt Number LIN2602851472 | | Case Type I914A - APPLICATION FOR FAMILY MEMBER OF T-1 RECIPIENT |
|---|---|---|
| Received Date 09/23/2025 | Priority Date | Applicant  A220 782 227 DOS SANTOS SILVA , RAFAEL |
| Notice Date 10/29/2025 | Page 2 of 2 | Beneficiary  A220 782 229 SILVA OLIVEIRA , ELLOYSA MAITE |

example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|



| Receipt Number<br>LIN2602851484 | | Case Type<br>I192 - APPLICATION FOR ADVANCE PERMISSION TO ENTER AS NONIMMIGRANT |
|---|---|---|
| Received Date<br>09/23/2025 | Priority Date | Applicant A220 782 229<br>SILVA OLIVEIRA , ELLOYSA MAITE |
| Notice Date<br>10/29/2025 | Page<br>1 of 1 | Beneficiary A220 782 229<br>SILVA OLIVEIRA , ELLOYSA MAITE |

ELLOYSA MAITE SILVA OLIVEIRA
c/o R M SOLUTIONS AND SERVICES
7830 LAKE WILSON RD STE 3019
DAVENPORT FL  33896

**Notice Type:** Receipt Notice
Fee Waived

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS Contact Center (UCC) at 1-800-375-5283 (TDD number is 1-800-767-1833) or visit the USCIS website at www.uscis.gov.** If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the UCC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes** - Aliens must report a change of address within ten (10) days of moving within the United States or its territories. To file a change of address visit the USCIS website at www.uscis.gov/addresschange or call UCC at 1-800-375-5283 (TDD number is 1-800-767-1833).
**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your mother's/father's marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

SCOPS TEXAS FACILITY
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N BELT LINE RD.
IRVING TX 75038-0001

USCIS Contact Center: www.uscis.gov/contactcenter



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21