FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAR 31  AM 11: 44

OFFICE OF THE CLERK

**NON-DETAINED PRO SE APPEARANCE**

**RAFAEL DOS SANTOS SILVA OLIVEIRA**
**7830 LAKE WILSON RD, STE 3019**
**DAVENPORT, FL, 33896**

8:26 CV 131

---

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### Immigration Court
### 1 FEDERAL DRIVE, SUITE 1850
### FORT SNELLING, MN 55111

---

**IN THE MATTER OF:**
**RAFAEL DOS SANTOS SILVA OLIVEIRA A-Number: 220-782-227**

The immigration judge ordered **REMOVAL**

**MOTION TO STAY REMOVAL**

**MOTION TO STAY REMOVAL**

## I. INTRODUCTION

I, **Rafael dos Santos Silva Oliveira**, currently in ICE custody, respectfully request that this Honorable Court **stay my removal order** and **reopen my removal proceedings** based on new and material evidence that was not available at the time of the prior decision.

I am the principal applicant in a **T Visa petition** already filed with USCIS under **INA § 101(a)(15)(T)**, as a victim of **human trafficking, coercion, physical and psychological abuse**. My daughter is included as a **derivative beneficiary** in the application.

## II. MY EXPERIENCE AS A VICTIM OF HUMAN TRAFFICKING

My journey to the United States was driven by a desperate situation of **threats, persecution, and systemic violence** in Brazil. After being **shot during a robbery**, I identified the perpetrator, a known member of a criminal faction. Since then, my family and I have lived under **constant death threats**, with no protection from local authorities, who often collaborate with or ignore organized crime.

In this context of **extreme fear and vulnerability**, we were approached by an individual known as a *coyote*, who claimed he could safely bring us to the United States. He **exploited our emotional fragility and urgent need to escape**, deceiving us with false promises of safety, shelter, and protection.

During the journey:

- We were **deprived of food and water**, exposed to inhumane conditions and severe environmental dangers.

- We endured **constant threats**, including with firearms, and were forced to comply under fear of death.

- We were **compelled to follow clandestine routes**, through areas controlled by armed groups, without any assistance.

- The coyote **confiscated our documents**, claiming it was for our protection, but later used them to extort us.

- After arriving in the U.S., he **continued to threaten us**, demanding money and warning that he had our Brazilian addresses and documents.

This individual is part of an **international criminal network**, with connections in both Brazil and the United States. He has demonstrated the ability to locate and intimidate us even

outside Brazil. Returning to Brazil would expose us again to this danger, with no guarantee of protection from local authorities.

Our journey was not voluntary or safe — it was a clear case of **human trafficking**, marked by **coercion, abuse of power, exploitation, and extreme risk to life**. U.S. law recognizes that trafficking victims are often manipulated during vulnerable moments and that trauma may delay their ability to seek protection. My experience falls squarely within the protections established by **INA § 101(a)(15)(T)**, the **Trafficking Victims Protection Act (TVPA)**, and international anti-trafficking principles.

### III. LEGAL BASIS FOR REOPENING

This motion is submitted under the authority of:

- **INA § 240(c)(7)** – Legal right to file a motion to reopen.

- **8 C.F.R. § 1003.23(b)(3)** – Allows reopening based on new and material evidence.

- **Equitable Tolling,** as recognized in *Lugo-Resendez v. Lynch*, 831 F.3d 337 (5th Cir. 2016) – Extends the 90-day deadline due to trauma, fear, and lack of legal access.

- *Matter of Yauri*, 25 I&N Dec. 103 (BIA 2009) – Reopening permitted even after absence, if justified.

- *Kucana v. Holder*, 558 U.S. 233 (2010) – Confirms the right to file a motion to reopen based on new evidence.

- *Avila-Santoyo v. Att'y Gen.*, 713 F.3d 1357 (11th Cir. 2013) – Recognizes equitable tolling in removal cases.

- *Matter of L-A-C-*, 26 I&N Dec. 516 (BIA 2015) – Acknowledges that trauma and persecution evidence may justify reopening even after final decisions.

Additionally, the principle of **non-refoulement**, incorporated through the **Convention Against Torture (CAT)** and codified in **8 C.F.R. §§ 208.16–208.18**, prohibits the removal of individuals to countries where they may face persecution, torture, or inhumane treatment. Returning to Brazil would violate this principle, given my documented history of violence and threats.

Immediate removal would also violate my **Due Process rights** under the **Fifth Amendment of the U.S. Constitution**, by preventing proper adjudication of my pending T Visa petition.

## IV. ELIGIBILITY FOR T VISA

Under **INA § 101(a)(15)(T)**, I am eligible for a T Visa because:

- I was a victim of **human trafficking and exploitation** during my journey.

- I suffered **physical violence, death threats, psychological abuse, and persecution** by criminal networks.

- I have cooperated with authorities by sharing my story while in detention.

- I have formally filed my T Visa petition with USCIS, listing my daughter as a derivative beneficiary.

- I am currently **detained by ICE**, which increases my vulnerability and obstructs the proper progression of my case.

The **TVPA** acknowledges that trafficking victims face psychological and legal barriers to seeking protection, and that trauma may delay action. My case clearly qualifies under these protections.

## V. RISK OF RETURN TO BRAZIL

Returning to Brazil poses a **real and imminent risk** of persecution, violence, and retaliation by the coyote and his criminal network. He possesses my documents and address and continues to threaten me. Brazil lacks effective mechanisms to protect victims, especially against organized crime.

Removal would place me back into a situation of extreme vulnerability, violating humanitarian and legal principles that govern the U.S. immigration system.

## VI. ADDITIONAL REQUESTS

1. **Immediate Stay of Removal** I respectfully request that this Court stay my removal while this motion is pending, allowing me and my daughter to safely complete the T Visa process.

2. **Expedited Review** I request that this motion be reviewed urgently, given the imminent risk of deportation and the irreversible harm it would cause to me and my daughter.

3. **Request for Parole** I ask that ICE consider my release on parole, based on my status as a trafficking victim and the pending T Visa petition.

## VII. CONCLUSION

In light of the facts presented, I respectfully ask this Court to:

1. Reopen my removal proceedings based on new and material evidence.

2. Stay my removal while the case is under review.

3. Consider my requests for expedited review and parole.

I am acting in good faith, with diligence and deep respect for U.S. law, seeking only the opportunity to live in safety, rebuild my life, and protect my daughter.

**Respectfully submitted,**

*Rafael dos Santos Silva Oliveira*

**RAFAEL DOS SANTOS SILVA OLIVEIRA**                    DATED: 09/15/2025

In support of this motion, I respectfully submit the following documents as attachments, which have already been filed with USCIS as part of my T visa petition. While I have not yet received the I-797 Notice of Action, these materials demonstrate the legitimacy and urgency of my case:

- A copy of the T visa application submitted to USCIS.

- Personal identification documents.

- A personal declaration detailing my experience as a victim of human trafficking.

- Witness statements corroborating the events described.

- A USPS shipping label confirming submission of the T visa application to USCIS.

    These documents are provided to substantiate the facts presented in this motion and to support my request for a stay of removal and reopening of proceedings.

In the Matter of: RAFAEL DOS SANTOS SILVA OLIVEIRA A-Number: 220-782-227

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the respondent's **MOTION TO STAY REMOVAL**
, it is HEREBY ORDERED that the motion be ☐ **GRANTED** ☐ **DENIED** because:

☐ DHS does not oppose the motion.
☐ The respondent does not oppose the motion.
☐ A response to the motion has not been filed with the court.
☐ A good cause has been established for the motion.
☐ The court agrees with the reasons stated in the opposition to the motion.
☐ The motion is untimely per _____.
☐ Other:

Deadlines:
☐ The application(s) for relief must be filed by _____
.
☐ The respondent must comply with DHS biometrics instructions by_____.


_____                    _____

Date                                 Immigration Judge

### CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED
VIA:
MAIL ( ) PERSONAL SERVICE ( ) ELECTRONIC SERVICE ( )
TO: RESPONDENT ( ) RESPONDENT'S C/O CUSTODIAL OFFICER (      )
RESPONDENT'S ATTY/REP ( )  DHS ( )
DATE: _____BY: COURT STAFF _____

ATTACHMENTS: EOIR-33 ( ) EOIR-28 ( ) LEGAL SERVICES LIST ( ) OTHER ( )

In the Matter of: RAFAEL DOS SANTOS SILVA OLIVEIRA A-Number: 220-782-227

## PROOF OF SERVICE

On___09/15/2025___ , I,_____ RAFAEL DOS SANTOS SILVA OLIVEIRA,

      (date)                (printed name of person signing below)

served a copy of this **MOTION TO STAY REMOVAL,**

and any attached pages to **Office of the Principal Legal Advisor** (name of party served)

at the following address: **Office of the Principal Legal Advisor / United States Department of Homeland Security (DHS) Minneapolis-St. Paul 1 Federal Drive, Suite 1800 Fort Snelling, MN 55111**
(address of party served)

by OVERNIGHT COURIER_____.
      (method of service, for example overnight courier, hand-delivery, first class mail)


*Rafael dos Santos Silva Oliveira*

RAFAEL DOS SANTOS SILVA OLIVEIRA          DATED: 09/15/2025

## CERTIFICATE OF SERVICE

I, Rafael dos Santos Silva, certify that on the date indicated below, I placed in the prison mail system a true and correct copy of the following documents:

(1) Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Form AO-242)
(2) Memorandum of Law in Support of Petition for Writ of Habeas Corpus
(3) All attached Exhibits

I served these documents on the following parties by U.S. Mail:

**1. Clerk of Court**
**United States District Court**
**District of Nebraska**
**Roman L. Hruska Federal Courthouse 111 South 18th Plaza, Suite 1152 Omaha, NE 68102**

**2. United States Attorney for the District of Nebraska**
**Office of the United States Attorney**
**1620 Dodge Street, Suite 1400**
**Omaha, NE 68102**

**3. ICE Field Office Director**
**U.S. Immigration and Customs Enforcement (ICE)**
**Omaha Field Office**
**1717 Avenue H**
**Omaha, NE 68110**

**4. Warden**
**Lincoln County Detention Center**
**302 North Jeffers Street**
**North Platte, NE 69101**

I declare under penalty of perjury that the foregoing is true and correct.

Date: 03/24/2026

*Rafael dos Santos Silva*
**Rafael dos Santos Silva**
**A# 220 782 227**
**Petitioner, Pro Se**
**Lincoln County Detention Center**
**302 North Jeffers Street**
**North Platte, NE 69101**