IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAFAEL DOS SANTOS SILVA,

Petitioner,

vs.

WARDEN, LINCOLN COUNTY
DETENTION CENTER, et al.,

Respondents.

8:26-CV-131

ORDER

The petitioner has filed a motion asking the Court to stay his removal order and reopen his removal proceedings. Filing 6. That motion will be denied.

To the extent that the petitioner is asking for his removal from the United States to be temporarily stayed, that request is moot: The Court has already ordered the government not to remove the petitioner from the United States or the District of Nebraska pending the resolution of this proceeding. The Court has done so pursuant to its limited authority to preserve its jurisdiction over the petitioner's claim of unlawful detention. *See Mairena-Munguia v. Arnott*, 810 F. Supp. 3d 1030, 1037 (W.D. Mo. 2025).

To the extent that the petitioner is challenging his removal order, however, he cannot do so in this Court—the Court lacks jurisdiction over claims premised on the adjudication of a removal proceeding or execution of a removal order. *See* 8 U.S.C. § 1252(g). The petitioner must pursue any request to reopen his removal proceedings with the administrative agency and then, if necessary, with the appropriate Court of Appeals. *See Mata v. Lynch*, 576 U.S. 143 (2015). Accordingly,

IT IS ORDERED that the petitioner's motion to stay (filing 6) is denied.

Dated this 31st day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge